**STATE of Missouri, Plaintiff/Respondent,**

v.

**James R. DOUGHERTY,
Defendant/Appellant.**

**No. 66286.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Dec. 13, 1994.

David H. Ash, McIlroy & Millan, Bowling Green, for appellant.

Mark S. Fisher, Bowling Green, for respondent.

Before CRANDALL, P.J., and AHRENS and CRAHAN, JJ.

*ORDER*

**PER CURIAM.**

Defendant appeals his conviction by a jury in the Circuit Court of Pike County for resisting arrest by using or threatening to use violence or physical force, a Class A misdemeanor, § 575.150 RSMo 1986. The court sentenced defendant to a term of one year in county jail.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).